IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00865-BNB

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Rodney Ray Zimmerman, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. He attempted to initiate this action by submitting to the Court *pro se* a letter. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on April 28, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Zimmerman to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 28, 2008, order pointed out that Mr. Zimmerman failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The order warned Mr. Zimmerman that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On May 27, 2008, Mr. Zimmerman submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. However, Mr. Zimmerman has failed within the time allowed to file a Prisoner Complaint. Therefore, Mr. Zimmerman has failed within the time allowed to cure all the deficiencies designated in the April 28, 2008, order. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the request for the appointment of counsel filed on June 24, 2008, is denied as moot.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00865-BNB

Rodney Zimmerman
Prisoner No. 135354
Fremont Correctional Facility
PO Box 999 - Unit 5-D-11
Cañon City, CO 81215-81215-0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk