IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00865-ZLW

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2008

GREGORY C. LANGHAM
               CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Rodney Ray Zimmerman, filed *pro se* on July 24, 2008, a letter to the Court asking the Court to reconsider and vacate the Order of Dismissal and the Judgment filed in this action on July 17, 2008. The Court must construe the letter liberally because Mr. Zimmerman is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the letter as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). The Judgment in this action was entered on July 17, 2008. Mr. Zimmerman filed the liberally construed motion to reconsider within ten days after the

Judgment was entered. *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

On April 28, 2008, Magistrate Judge Boland ordered Mr. Zimmerman within thirty days to cure certain deficiencies in this case, i.e., either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to submit a Prisoner Complaint. On May 27, 2008, Mr. Zimmerman submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. However, he failed within the time allowed to submit a Prisoner Complaint. Therefore, the Court dismissed the instant action without prejudice for failure to cure all the designated deficiencies within the time allowed.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Zimmerman fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Mr. Zimmerman does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the letter that Plaintiff, Rodney Ray Zimmerman, filed *pro se* on July 24, 2008, asking the Court to reconsider and vacate the Order of Dismissal and the Judgment filed in this action on July 17, 2008, and which the Court has treated as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this 30 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00865-ZLW

Rodney Ray Zimmerman
Prisoner No. 135354
Fremont Correctional Facility
PO Box 999 - Unit 5-D-11
Cañon City, CO 81215-81215-0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/31/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk